IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| TRAXCELL TECHNOLOGIES, LLC, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> VERIZON WIRELESS PERSONAL ) <br> COMMUNICATIONS, LP and ) <br> VERIZON INC. ) <br> ) <br> Defendants. ) | Civil Action No. 6:20-cv-01175-ADA |

## ORDER GRANTING DEFENDANTS' PARTIAL MOTION TO DISMISS TRAXCELL'S FOURTH AMENDED COMPLAINT

Before the Court is Defendants' Verizon Wireless Personal Communications, LP ("Verizon") and Ericsson Inc. ("Ericsson")'s (collectively, "Defendants") Partial Motion to Dismiss Traxcell's Fourth Amended Complaint.  The Court considered the Motion.

IT IS HEREBY ORDERED THAT the Court GRANTS Defendants' Partial Motion to Dismiss and dismisses (1) Traxcell's split infringement allegations for all patents-in-suit, (2) Traxcell's inducement claims for all patents-in-suit, and (3) Traxcell's claims for contributory infringement for all patents-in-suit for failure to state a claim upon which relief may be granted.

 After four amendments to the Complaint, this dismissal is WITH PREJUDICE. Signed this 6th day of May, 2022.

_____
Honorable Judge Alan D. Albright