UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| TRAXCELL TECHNOLOGIES, LLC., )<br>   Plaintiff, )<br>         )<br>v.         )<br>          )<br>          )<br>VERIZON WIRELESS PERSONAL )<br>COMMUNICATIONS     )<br>   Defendant.     ) | Civil Action No. 6:20-cv-01175-ADA<br><br><br><br>JURY TRIAL DEMANDED |

**PLAINTIFF'S UNOPPOSED MOTION TO DISMISS CERTAIN CLAIMS OF INFRINGEMENT**

Plaintiff respectfully files this Unopposed Motion to Dismiss its Remaining Claims of Infringement against Ericsson, Inc. ("Ericsson") from this lawsuit, with prejudice to refiling. Specifically, Plaintiff is withdrawing its claims of infringement against Ericsson for U.S. Pat. Nos. 10,701,517 and 10,743,135 ("Dismissed Patents"). Plaintiff recently completed discovery and after further evaluation of its case respectfully requests an Order dismissing its remaining claims of infringement against Ericsson for U.S. Pat. Nos. 10,701,517 and 10,743,135.

**CONCLUSION**

For all the above reasons, Traxcell respectfully requests the Court dismiss with prejudice Plaintiff's claims of infringement for U.S. Pat. Nos. 10,701,517 and 10,743,135 against Ericsson.

Respectfully submitted,

**Ramey LLP**

By: /s/ William P. Ramey, III
William P. Ramey, III
Texas Bar No. 24027643
5020 Montrose Blvd., Suite 800
Houston, Texas 77006
(713) 426-3923 (telephone)

(832) 900-4941 (fax)
wramey@rameyfirm.com

**Attorneys for Traxcell Technologies, LLC**

### CERTIFICATE OF CONFERENCE

I hereby certify that I conferred with counsel for defendants on October 13, 2022, via e-mail, and they are unopposed.

/s/ William P. Ramey, III
William P. Ramey, III

### CERTIFICATE OF SERVICE

Pursuant to the Federal Rules of Civil Procedure, I hereby certify that all counsel of record who have appeared in this case are being served today, October 14, 2022, with a copy of the foregoing via the Court's CM/ECF system.

/s/ William P. Ramey, III
William P. Ramey, III