UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| TRAXCELL TECHNOLOGIES, LLC., ) <br>      Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ) <br> VERIZON WIRELESS PERSONAL ) <br> COMMUNICATIONS ) <br>      Defendant. ) | Civil Action No. 6:20-cv-01175-ADA <br><br><br> JURY TRIAL DEMANDED |

### ORDER ON PLAINTIFF'S UNOPPOSED MOTION
### TO DISMISS CERTAIN CLAIMS OF INFRINGEMENT

The Court, having reviewed Plaintiff's Motion, and seeing that it is Unopposed, hereby grants Plaintiff's Motion. Accordingly, it is ORDERED that Plaintiff's claims of infringement against Ericsson Inc. for U.S. Pat. Nos. 10,701,517 and 10,743,135 are DISMISSED with prejudice to refiling. Each party is to bear its own costs, but without prejudice to the filing of any motions for attorneys' fees.

SIGNED this 25th day of October, 2022.

ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE

1