IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| **TRAXCELL TECHNOLOGIES, LLC** | § § § | |
| **Plaintiff,** | § § | |
| v. | § § | Civil Action No. 6:20-cv-01175-ADA |
| **VERIZON WIRELESS PERSONAL COMMUNICATIONS, LP and ERICSSON INC.** | § § § § | **Public Version** |
| **Defendants.** | | |

**THE DECLARATION OF JACOB K. BARON IN SUPPORT OF
ERICSSON'S MOTION FOR ATTORNEYS' FEES**

I, Jacob K. Baron, declare and state as follows:

1.     I am an attorney licensed to practice law in the Commonwealth of Massachusetts and the State of New York, among other jurisdictions. I am a partner at Holland & Knight LLP.  I am counsel for Ericsson Inc. ("Ericsson") in the above-captioned cases.  I have personal knowledge of the facts contained herein and, if called as a witness, I could and would testify competently thereto.  I make this Declaration in Support of Ericsson's Motion for Attorney Fees.

2.     Attached hereto as Exhibit 1 is a true and correct copy of a claim chart for the '147 patent from Traxcell's infringement contentions, served June 24, 2021.

3.     Attached hereto as Exhibit 2 is a true and correct copy of a claim chart for the '147 patent from Traxcell's final infringement contentions, served March 16, 2022.

4.     Attached hereto as Exhibit 3 is a true and correct copy of an email from William Ramey sent on May 11, 2022.

■ ███████████████████████████████████████
███████████████████████████████

■ ███████████████████████████████████████
████████████████████████████████████████
███████████████████████

■ ███████████████████████████████████████
████████████████████████████████████████
████████████████████████████████████████
██████████████████████████████

■ ███████████████████████████████████████

███████████████████████████████████████████████

███████████████████████████████████████████████

███████████████████████████████████████████████

███████████████████████████████████████████████

██████████████████████████

　　█　　███████████████████████████████████████

███████████████████████████████████████████████

██████████████████████████████████████

　　█　　███████████████████████████████████████

███████████████████████████████████████████████

██████████████████████████　██████████████████

███████████████████████████████████████████████

█████████████████████████████████████

　　█　　███████████████████████████████████████

███████████████████████████████████████████████

███████████████████████████████████████████████

███████████████████████████████████████████████

███████████████████████████████████████████████

███████████████████████████████████████████████

███████████████████████████████████████████████

███████████████████████████████████████████████

████████████████████████████████.

■ ███████████████████████████████████████████████████████
████████████████████████████████████████

■ ███████████████████████████████████████████████████████
███████████████████████████████████████████████████████
███████████████████████████████████████████████████████
███████████████████████████████████████████████████████
█████████████████████████████████

■ ███████████████████████████████████████████████████████
███████████████████████████████████████████████████████
███████████████████████████████████████████████████████
███████████████████████████████████████████████████████
██████████████████

■ ███████████████████████████████████████████████████████
███████████████████████████████████████████████████████
███████████████████████████████████████████████████████

■ ███████████████████████████████████████████████████████
███████████████████████████████████████████████████████
█████████████████████████████████████████████

| ■■■■ | ■■T■ | ■■■ |
|---|---|---|
| ■■ | ■ | ■ |
| ■■ | ■ | ■ |
| ■■■ | ■ | ■ |

■ ■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■
■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■
■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■
■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■
■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■ ■■■
■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■
■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■
■■■■■■■■■■■■■■■■■

■ ■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■
■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■
■■■■■■■■■■■■■■■■

■ ■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■
■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■
■■■■■■■■■■■■■■■■■■■■■

■ ■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■
■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■
■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■
■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■



I declare that the foregoing is true and correct.

Dated: November 8, 2022                                          /s/ Jacob K. Baron
                                                                 Jacob K. Baron